UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LORI BISHOP
   *Plaintiff*

v

I-FLOW CORPORATION,                    CIVIL ACTION 03-40276-FDS
   *Defendant*


**MOTION TO WITHDRAW**

Now comes Nathaniel D. Pitnof and moves to withdraw because of a conflict between the client and the attorney.

_____
Nathaniel D. Pitnof
BBO # 400660
250 Commercial Street, Suite 420
Worcester, MA 01608
(508) 757-3000

Date: 8/8/05