UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SHARRON WILKINSON, LORI BISHOP and
BRUCE DORAIS,
        Plaintiffs,

v.

I-FLOW CORPORATION,
        Defendant

CIVIL ACTION NO. 03-40276-FDS

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the parties hereby stipulate and agree that the claims by the <u>plaintiffs, Sharron Wilkinson and Bruce Dorais only</u> be dismissed with prejudice, without attorney's fees and costs, and with all rights of appeal waived.

<u>The parties state that this Stipulation does not apply to the claims of the plaintiff, Lori Bishop</u>.

| SHARRON WILKINSON and BRUCE DORAIS, | I-FLOW CORPORATION, |
|---|---|
| By their attorneys, | By its attorneys, |
| ___/s/ Nathaniel D. Pitnof_____ | ___/s/ Christopher P. Flanagan_____ |
| Nathaniel D. Pitnof, BBO# | Maynard M. Kirpalani, BBO# 273940 |
| 250 Commercial Street | Christopher P. Flanagan, BBO# 567075 |
| Worcester, MA 01608 | Wilson, Elser, Moskowitz, Edelman & |
| (508) 757-3000 |    Dicker LLP |
| | 155 Federal Street |
| | Boston, MA 02110 |
| | (617) 422-5300 |

Dated: <u>August 17, 2005</u>

40838.1