## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **SHARRON WILKINSON, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) ) | **Civil No. 03-40276-FDS** |
| **I-FLOW CORPORATION,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

## ORDER ON MOTION TO WITHDRAW

**SAYLOR, J.**

Nathaniel D. Pitnof, counsel for plaintiff Lori Bishop, moved to withdraw as counsel on August 8, 2005. Based on the representations made by Mr. Pitnof, the Court grants that motion. The Court understands that plaintiff is seeking to obtain successor counsel in this matter. The Court has set a Status Conference for October 5, 2005 at 1:30 p.m. Plaintiff is directed to appear at that time, either personally or through successor counsel, to discuss the status of her claim and whether she intends to proceed with this litigation. The parties should also be prepared to address modifications to the discovery and motion schedule and the possibility of referring this matter for mediation.

The clerk is directed to mail a copy of this order directly to Ms. Bishop via first-class mail, postage pre-paid, in addition to regular service on counsel. Failure by plaintiff to appear at the status conference without good cause may result in the matter being dismissed.

**So ordered.**

                                                    /s/ F. Dennis Saylor
                                                    F. Dennis Saylor IV

Dated: September 14, 2005                                  United States District Judge