# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| | ) | |
| **SHARRON WILKINSON, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil No.** |
| **v.** | ) | **03-40276-FDS** |
| | ) | |
| **I-FLOW CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

_____

## NOTICE OF DISMISSAL FOR FAILURE TO PROSECUTE

**SAYLOR, J.**

This is a product liability action originally brought by three plaintiffs. On August 9, 2005, attorney Nathaniel D. Pitnof filed a motion to withdraw as counsel for plaintiff Lori Bishop. On August 17, 2005, plaintiffs Sharon Wilkinson and Bruce Dorais filed agreed-to stipulations of dismissal. On September 14, 2005, the Court held a status conference, during which it granted the motion to withdraw and ordered plaintiff Bishop or successor counsel to appear at a further conference on October 5. On that date, Ms. Bishop appeared *pro se* and requested additional time in which to obtain new counsel. The Court granted that request, gave Ms. Bishop 30 days in which to find counsel, or decide whether to proceed *pro se*, and set the matter for a further conference on November 7, 2005. On that date, neither plaintiff nor any successor counsel appeared at the scheduled status conference.

Because it appears that plaintiff may not intend to prosecute this matter further, it is hereby ordered that this case will be dismissed for want of prosecution, without further notice, on December 8. 2005, unless, prior to that date, (1) plaintiff Lori Bishop submits a written statement

explaining the circumstances of her failure to appear at the scheduled conference on November 7, 2005, and indicating that she intends to proceed without an attorney, or (2) successor counsel files an appearance.

**So ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: November 8, 2005        United States District Judge