```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

Lori Bishop,
       Plaintiff

                                       CIVIL ACTION
   v.                              NO. 03-40276-FDS

I-Flow Corporation,
       Defendant

## ORDER OF DISMISSAL

**SAYLOR, D.J.**

    Plaintiff not having complied with this Court's Order of 11/8/05, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                 By the Court,

    <u>12/9/05</u>                       <u>/s/ Martin Castles</u>
     Date                            Deputy Clerk
                                       508-929-9904

**(Dismendo.ord - 09/92)**